UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ONTARIO D. FONDREN,

Plaintiff,

v. Case No. 25-CV-1942

TONIA DORIS ROZMARYNOSKI et al.,

Defendants.

---

**ORDER**

---

Plaintiff Ontario D. Fondren is currently incarcerated at Green Bay Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. This matter comes before the Court on Plaintiff's motion to compel. The Court will deny Plaintiff's motion to compel because it does not comply with the Court's local rules.

Civil Local Rule 37 requires that all motions to compel include "a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord." In other words, before filing a motion to compel, a party needs to first discuss the dispute with the opposing party's lawyer. And, if they cannot work out the dispute and a party files a motion to compel, the party must include a certification in his motion that he first tried to resolve the dispute with the opposing party's lawyer.

Plaintiff asserts that he served discovery requests on Defendants on June 14, 2026. The Court's scheduling order clarifies that the parties' time to respond to discovery requests is sixty days after service. (ECF No. 16 at 1.) Plaintiff states that he sent Defendants' counsel letters

inquiring about the outstanding discovery on July 19, 2026, and August 11, 2026. Both letters were sent before Defendants' responses to Plaintiff's discovery requests were due. In other words, Plaintiff has asked the Court to get involved in the discovery dispute before attempting to informally resolve his dispute with Defendants' counsel *after* the discovery responses were due. Accordingly, the Court will deny the motion to compel to allow Plaintiff and Defendants' counsel the opportunity to resolve the issue without the Court's intervention.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel (ECF No. 17) is **DENIED without prejudice**.

Dated at Green Bay, Wisconsin on August 31, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge